UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
MARK JOHNSON,                                              JUDGMENT
                                                           23-CV-5600 (NGG)
                    Petitioner,

            v.

UNITED STATES OF AMERICA,

                    Respondent.
------------------------------------------------------------ X

    A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on April 23, 2024, denying the petition for writ of error *coram nobis*; it is

    ORDERED and ADJUDGED that the petition for writ of error *coram nobis* is denied.

Dated: Brooklyn, NY                                Brenna B. Mahoney
       April 25, 2024                              Clerk of Court

                                                               By:    /s/*Jalitza Poveda*
                                                                       Deputy Clerk