# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of July, two thousand twenty-five.

Before:  Guido Calabresi,
 Alison J. Nathan,
 Maria Araújo Kahn,
  *Circuit Judges*.

_____

Mark Johnson,

    Petitioner - Appellant,

v.

United States of America,

    Respondent - Appellee.

_____

**JUDGMENT**

Docket No. 24-1221

The appeal in the above captioned case from a judgment of the United States District Court for the Eastern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is REVERSED and the case is REMANDED for entry of an order granting the Petition.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court